United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN L. COULOMBE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FTI, LLC, et al.,<br><br>    Defendants. | Case No. 16-cv-02800-JCS<br><br>**ORDER GRANTING MOTION TO REMAND AND DENYING FOR LACK OF JURISDICTION MOTION TO DISMISS**<br><br>Re: Dkt. No. 16 |

Plaintiffs Stephen Coloumbe, Robert Duffy, Elliot Fuhr, and Berkeley Research Group, LLC ("BRG") filed this action for declaratory and injunctive relief in the California Superior Court for Alameda County against Defendants FTI, LLC and FTI Consulting, Inc. (collectively, "FTI"), alleging that FTI unlawfully restricts its current and former employees, such as Coulombe, Duffy, and Fuhr, from working for FTI's competitors, such as BRG. *See generally* Compl. (dkt. 1-1). FTI removed to this Court on the basis of diversity jurisdiction, asserting that Coulombe and Duffy are citizens of Massachusetts, Fuhr is a citizen of New York, and BRG—a Nevada LLC based in Emeryville, California—is a citizen of Nevada and California, while both FTI entities are citizens of Maryland. *See* Notice of Removal (dkt. 1) ¶¶ 6−9.

Plaintiffs move to remand because, as a limited liability company, BRG is a citizen of every state of which its members are citizens, and BRG has members who are citizens of Maryland. *See generally* Mot. to Remand (dkt. 16) (citing, *e.g.*, *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006)); Tenenbaum Decl. (dkt. 16-2). Accordingly, because BRG and FTI are both citizens of Maryland, there is no complete diversity as required for jurisdiction under 28 U.S.C. § 1332. *See Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996). FTI filed a statement of non-opposition (dkt. 24) to Plaintiffs' motion to remand. Good cause

showing, Plaintiffs' motion is GRANTED.[1]  The Clerk is instructed to remand the case to the California Superior Court for Alameda County and to close the file in this Court.

FTI's motion to dismiss (dkt. 13) is DENIED without prejudice for lack of jurisdiction, and the hearing set for July 15, 2016 is VACATED.

**IT IS SO ORDERED.**

Dated: June 22, 2016

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).